ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 MAR - 1   PM 12: 17

DEPUTY CLERK___MS_____

UNITED STATES OF AMERICA

v.

VIAJE DEMITRI VAUGHN (1)
LOUIS CHARLES WASHINGTON III (2)

No.

3 - 2 2 C R 0 0 9 4 - X

INDICTMENT

The Grand Jury Charges:

Count One

False Statement During the Purchase of a Firearm; aiding and abetting
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about September 16, 2020, in the Dallas Division of the Northern District of

Texas, the defendants, **Viaje Vaughn** and **Louis Washington III**, aided and abetted by

each other, in connection with the acquisition of a firearm, a Glock 9mm pistol, model

19x, serial number BPTC575, from Targetmaster, a licensed dealer of firearms within the

meaning of Chapter 44, Title 18, United States Code, knowingly made a false and

fictitious written statement to Targetmaster, which statement was intended and likely to

deceive Targetmaster, as to a fact material to the lawfulness of such sale of the said

firearm to the defendant under chapter 44 of Title 18, in that the defendant, **Louis**

**Washington**, aided and abetted by **Viaje Vaughn**, represented that he **(Washington)**

was the actual transferee and buyer when in fact he was not.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

Indictment – Page 1

Count Two
False Statement During the Purchase of a Firearm; aiding and abetting
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about April 19, 2021, in the Dallas Division of the Northern District of Texas, the defendants, **Viaje Vaughn** and **Louis Washington III**, aided and abetted by each other, in connection with the acquisition of a firearm, a Glock 9mm pistol, model 19x, serial number BPEF066, from The Gun Zone, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Zone, which statement was intended and likely to deceive The Gun Zone, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant, **Louis Washington**, aided and abetted by **Viaje Vaughn**, represented that he (**Washington**) was the actual transferee and buyer when in fact he was not.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

Count Three
False Statement During the Purchase of a Firearm; aiding and abetting
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about August 12, 2021, in the Dallas Division of the Northern District of Texas, the defendants, **Viaje Vaughn** and **Louis Washington III**, aided and abetted by each other, in connection with the acquisition of a firearm, a Glock 10mm pistol, model 29Gen4, serial number BTST204, from The Gun Zone, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Zone, which statement was intended and likely to deceive The Gun Zone, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant, **Louis Washington**, aided and abetted by **Viaje Vaughn**, represented that he (**Washington**) was the actual transferee and buyer when in fact he was not.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

Count Four
False Statement During the Purchase of a Firearm; aiding and abetting
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about August 20, 2021, in the Dallas Division of the Northern District of

Texas, the defendants, **Viaje Vaughn** and **Louis Washington III**, aided and abetted by

each other, in connection with the acquisition of a firearm, a Glock 9mm pistol, model

19x, serial number BUCD095, from Targetmaster, a licensed dealer of firearms within

the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and

fictitious written statement to Targetmaster, which statement was intended and likely to

deceive Targetmaster, as to a fact material to the lawfulness of such sale of the said

firearm to the defendant under chapter 44 of Title 18, in that the defendant, **Louis**

**Washington**, aided and abetted by **Viaje Vaughn**, represented that he **(Washington)**

was the actual transferee and buyer when in fact he was not.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

Count Five
False Statement During the Purchase of a Firearm; aiding and abetting
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about October 2, 2021, in the Dallas Division of the Northern District of Texas, the defendants, **Viaje Vaughn** and **Louis Washington III**, aided and abetted by each other, in connection with the acquisition of a firearm, a Glock .40cal pistol, model 27Gen3, serial number ABPF898, from The Gun Zone, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Zone, which statement was intended and likely to deceive The Gun Zone, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant, **Louis Washington**, aided and abetted by **Viaje Vaughn**, represented that he (**Washington**) was the actual transferee and buyer when in fact he was not.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

Indictment – Page 5

<u>Count Six</u>
False Statement During the Purchase of a Firearm; aiding and abetting
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about October 2, 2021, in the Dallas Division of the Northern District of Texas, the defendants, **Viaje Vaughn** and **Louis Washington III**, aided and abetted by each other, in connection with the acquisition of a firearm, a Glock 9mm pistol, model 26Gen3, serial number AGB5666, from The Gun Zone, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Zone, which statement was intended and likely to deceive The Gun Zone, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant, **Louis Washington**, aided and abetted by **Viaje Vaughn**, represented that he (**Washington**) was the actual transferee and buyer when in fact he was not.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

<u>Count Seven</u>
False Statement During the Purchase of a Firearm; aiding and abetting
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about October 3, 2021, in the Dallas Division of the Northern District of Texas, the defendants, **Viaje Vaughn** and **Louis Washington III**, aided and abetted by each other, in connection with the acquisition of a firearm, a Glock .45cal pistol, model 36, serial number BTYX683, from The Gun Zone, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Gun Zone, which statement was intended and likely to deceive The Gun Zone, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant, **Louis Washington**, aided and abetted by **Viaje Vaughn**, represented that he (**Washington**) was the actual transferee and buyer when in fact he was not.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

Count Eight
False Statement During the Purchase of a Firearm; aiding and abetting
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about October 3, 2021, in the Dallas Division of the Northern District of

Texas, the defendants, **Viaje Vaughn** and **Louis Washington III**, aided and abetted by

each other, in connection with the acquisition of a firearm, a Glock .357 caliber pistol,

model 32, serial number BPFA923, from The Gun Zone, a licensed dealer of firearms

within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false

and fictitious written statement to The Gun Zone, which statement was intended and

likely to deceive The Gun Zone, as to a fact material to the lawfulness of such sale of the

said firearm to the defendant under chapter 44 of Title 18, in that the defendant, **Louis

Washington**, aided and abetted by **Viaje Vaughn**, represented that he (**Washington**)

was the actual transferee and buyer when in fact he was not.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any of the offenses alleged in this indictment, and under 18

U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendants, **Viaje Vaughn** and **Louis**

**Washington III**, shall forfeit to the United States of America all firearms and

ammunition involved in or used in the knowing commission of the offenses.

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
Suzanna O. Etessam
Assistant United States Attorney
Texas State Bar No. 17572420
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8803
Email: Suzanna.Etessam@usdoj.gov

Indictment – Page 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

VIAJE DEMITRI VAUGHN (1)
LOUIS CHARLES WASHINGTON, III (2)

INDICTMENT

18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2
False Statement During the Purchase of a Firearm;
Aiding and Abetting
(Counts 1 -8)

18 U.S.C. § 924(d) and 28 U.S.C. § 246(c)
Forfeiture Notice

8 Counts

A true bill rendered

DALLAS                                                                                FOREPERSON

Filed in open court this 1st day of March, 2022.

-----------------------------------------------------------------------------------------------------

**Warrant to be Issued for both defendants:  Viaje Demitri Vaughn (1) and also for:
Louis Charles Washington, III (2)**

-----------------------------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending