AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

US MARSHALS SERVICE N/TX
DALLAS, TEXAS

2022 MAR -2 P 1:59

UNITED STATES OF AMERICA

V.

Viaje Demitri Vaughn

**WARRANT FOR ARREST**

Case Number: 3:22-cr-00094-X (1)

2022 MAR 16 PM 4:55
DEPUTY CLERK MS
CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Viaje Demitri Vaughn__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petiton  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her (brief description of offense)
False Statement During the Purchase of a Firearm; aiding and abetting

in violation of Title __18__ United States Code, Section(s) __922(a)(6), 924(a)(2) and 2__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_ (signature)
Signature of Issuing Officer

U.S. Magistrate Judge Rebecca Rutherford                3/1/2022                Dallas, Texas
                                                          Date                      Location

By:   s/Y.Pace
      Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
1891 Forest Lane, Garland, TX 75042

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/1/2022 | ATF Special Agent Robert Cearley | (signed) |
| DATE OF ARREST 3/4/2022 | | |

ATF                                                                                     11393920